IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID CAPPS, Plaintiff, v. UNION PACIFIC RAILROAD COMPANY, Defendant. | 8:18CV361 ORDER |

The parties filed a Stipulation of Dismissal Without Prejudice (Filing No. 16). Accordingly,

IT IS ORDERED that this action is dismissed, without prejudice, with each party to bear their own costs.

Dated this 11th day of June, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge